IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **DAROLD BELCHER,** | ) |
| **Plaintiff,** | ) |
| v. | ) |
| **AMERICAN FIRST FINANCE, LLC;** **EXETER FINANCE, LLC; FINWISE/** **OPPORTUNITY FINANCIAL, LLC;** **EQUIFAX INFORMATION SERVICES,** **LLC; and TRANS UNION, LLC,** | ) CIVIL ACTION NO. 3:24-cv-00697-CRS |
| **Defendants.** | ) |

## AGREED ORDER OF DISMISSAL AS TO EXETER FINANCE LLC

Plaintiff Darold Belcher ("Plaintiff") and Defendant Exeter Finance LLC ("Exeter") agree, subject to the Court's approval, that all claims asserted in the above-styled action by Plaintiff against Exeter be dismissed due to the Parties' binding arbitration agreement. IT IS HEREBY ORDERED that Plaintiff's claims against Exeter be, and hereby are, dismissed, without prejudice.

January 3, 2025

Charles R. Simpson III, Senior Judge
United States District Court

cc: Counsel of Record

**SUBMITTED BY:**

*/s/ Reid S. Manley*
Reid S. Manley
Kentucky Bar No. 90360
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
rmanley@burr.com
*Attorney for Defendant*
*Exeter Finance LLC*

*/s/David W. Hemminger (with permission)*
David W. Hemminger
HEMMINGER LAW OFFICE, P.S.C.
331 Townepark Circle, Suite 100-C
Louisville, KY 40243
Phone: (502) 443-1060
Fax: (502) 873-5300
hemmingerlawoffice@gmail.com
*Attorney for Plaintiff*
*Darold Belcher*